**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILFREDO TORRES,

                           Plaintiff,

       -against-                                  18 **CIVIL** 4665 (RA)

                                                             **<u>JUDGMENT</u>**

NYC HEALTH & HOSPITALS, *et al.*,

                           Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 7, 2021, the Court grants HHC's motion to dismiss; accordingly, this case is closed.

**Dated:** New York, New York

       January 8, 2021

                                                                 **RUBY J. KRAJICK**
                                                                 _____
                                                                  **Clerk of Court**
                                                   **BY:**
                                                                  _____
                                                                  **Deputy Clerk**